STATE EX REL. INDUSTRIAL FINANCE, LIMITED
*v.* BERTRAM YANAGAWA, WILLIAM AHUNA
AND THOMAS FUJIKAWA.

No. 5098.

MAY 18, 1971.

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON
AND KOBAYASHI, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

*Tobias C. Tolzmann* for the petition.